CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: __MADISON__

RELATED CASE INFORMATION: 3:19CR162/HTW
SUPERSEDING INDICTMENT ____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:19mj235-LRA
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___YES __x__ NO

MATTER TO BE SEALED: _____ YES __x__ NO

NAME/ALIAS: __Daniel Herrera-Lopz__

**U.S. ATTORNEY INFORMATION:**

AUSA: __SLM__  BAR # __3690__

INTERPRETER: _____ No __X__ Yes  LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**  ARREST DATE __8/7/2019__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __8/7/2019__

_____ ALREADY IN STATE CUSTODY _____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __1__  _____ PETTY _____ MISDEMEANOR __X__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  8:1326A.F | 8 USC §1326(a)(1) & (2) | Illegal Re-entry of a Deported Alien | 1 |

Date: 8/19/19   SIGNATURE OF AUSA: _____

Revised 2/26/2010